```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/11/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
PANAMERICAN TANKERS INC.,

      Plaintiff,      07 Civ. 11127
               ECF CASE
 -against-

ANDORRA SHIPPING PTE. LTD. and
W-O MARINE PTE. LTD.,

      Defendants.
------------------------------------------------------------X

### ORDER OF VOLUNTARY DISMISSAL

 Please take notice, there having been no appearance from the Defendants that the above-captioned matter be and hereby is voluntarily dismissed without prejudice and without costs to any party pursuant to Federal Rule of Civil Procedure 41(a). The attachment is hereby vacated and the garnishees are directed to release any funds that they may have secured.

Dated: New York, NY
   January 11, 2008

        By: _[signature]_
           Claurisse Campanale Orozco (CC3581)
           TISDALE LAW OFFICES, LLC
           11 West 42nd Street, Suite 900
           New York, NY 10036
           (212) 354-0025
           (212) 869-0067 – fax

SO ORDERED

_[signature]_
USDJ
1-11-08